UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRIK SINGH HAYER; GLOBAL INVESTMENTS & BUILDERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:18-CV-1011-KJM-CMK<br><br><br>ORDER |

Plaintiffs filed this lawsuit in state court to determine several parties' interests in real property located at 5446 Royal Oaks Drive, Oroville, California. ECF No. 1-1. Because the United States was named as a defendant, it removed the action to federal court under 28 U.S.C. §§ 1442(a)(1) and 1444. Removal Notice, ECF No. 1 (April 24, 2018). The United States has since disclaimed all interest in the subject property. ECF No. 6 (June 5, 2018).

Because the United States lacks any interest in the subject of this action, the United States is hereby DISMISSED as a defendant. Without the United States as a defendant, this court lacks subject matter jurisdiction over this case, as recognized in the United States' unopposed motion to remand the action to state court. *Id.*

Having received no opposition to the motion to remand, and having satisfied itself that federal jurisdiction is now lacking, the court REMANDS this action to the Butte County

1  Superior Court, where it was originally filed, for all further proceedings.  This resolves ECF
2  No. 6.  The United States' motion for clarification, ECF No. 5, is DENIED as MOOT
3           IT IS SO ORDERED.
4   DATED:  July 3, 2018.

_____
UNITED STATES DISTRICT JUDGE